IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALLISON CROSTIC, | § | NO. 5:18-CV-549-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| CAPITAL ONE BANK (USA), N.A., | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

ORDER FOR SETTLEMENT PAPERS

On August 31, 2018, counsel for the parties advised the Court that this case settled.  (Dkt. # 8.)  The parties have not filed any closing paperwork in this case.  Accordingly, the Court **ORDERS** that:

(1)   The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Friday October 19, 2018**.  If the parties are unable to submit those documents by that date, the parties should move for an extension of time to file the documents.

(2)   All pretrial deadlines in this case are hereby **STAYED** pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents.  These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

(3)     Any motions pending in this action are **DENIED WITHOUT PREJUDICE**, subject to re-urging should settlement fail.

(4)     Any court settings in the case are **CANCELLED**.

No extensions of the above deadlines shall be granted except upon a showing of good cause.

**IT IS SO ORDERED**.

**DATED**: San Antonio, Texas, September 4, 2018.

_____
David Alan Ezra
Senior United States Distict Judge