Stuart M. Price, CA #150439
PRICE LAW GROUP, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5564
F: (818) 600-5464
stuart@pricelawgroup.com
*Attorneys for Plaintiff,*
*Allison Crostic*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

ALLISON CROSTIC,

                    Plaintiff,

v.


CAPITAL ONE BANK (USA), N.A.,

                    Defendant.

**Case No. 5:18-cv-00549-DAE**


**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE** that Plaintiff Allison Crostic, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the action against Capital One Bank (USA), N.A. ("Defendant") with prejudice.

The Defendant filed neither an answer to the complaint nor a motion for summary judgment; dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) is therefore appropriate.

Respectfully submitted this 10th day October 2018.

//

**PRICE LAW GROUP, APC**

By: */s/ Stuart M. Price*
Stuart M. Price, CA #150439
PRICE LAW GROUP, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5564
F: (818) 600-5464
stuart@pricelawgroup.com
*Attorneys for Plaintiff,*
*Allison Crostic*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Elizabeth Nanez*